**ORDERED ACCORDINGLY.**

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28043/0050903764

**Dated: December 12, 2009**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-26825-GBN |
| Michelle Stone <br>       Debtor. | Chapter 7 |
| _____ <br> Wells Fargo Bank, N.A. <br>       Movant, <br>    vs. <br><br> Michelle Stone, Debtor, David M. Reaves, Trustee. <br><br>       Respondents. | ORDER <br><br> (Related to Docket #16) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefor,

…

…

…

1      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

2 by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

3 property which is the subject of a Deed of Trust dated March 29, 2005 and recorded in the office of the

4 Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Michelle

5 Stone has an interest in, further described as:

6

7      Lot 29, VINEYARD COMMONS, according to the plat of the county recorder in Book 617 of
     Maps, page 27, records of Maricopa County, Arizona.

8

9

10      IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written

11 correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance

12 Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement

13 with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against

14 Debtors if Debtors' personal liability is discharged in this bankruptcy case.

15

16      IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter

17 to which the Debtor may convert.

18

19

20      DATED this \_\_\_\_day of _____, 2009.

21

22

23                      _____
                     JUDGE OF THE U.S. BANKRUPTCY COURT

24

25

26